IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON CHRIST,

    Plaintiff,                    No. CIV S-10-0760 EFB P

    vs.

R. BLACKWELL, et al.,

    Defendants.                ORDER

_____/

      Jon Christ, an inmate confined at California State Prison – Solano, filed this pro se civil rights action under 42 U.S.C. § 1983 in California state court. Defendants removed the action to this court under 28 U.S.C. § 1441 and paid the filing fee. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to consent of the parties.

      Pursuant to 28 U.S.C. § 1915A, the court shall review "a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." 28 U.S.C. § 1915A(a). "On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

1    The court finds that, for the limited purposes of § 1915A screening, the complaint states
2 cognizable claims for relief against all defendants.  Accordingly, it is ordered that defendants
3 shall, within 30 days of the date this order is served, file a response to the complaint.
4 Dated: August 30, 2010.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE