IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON CHRIST,

    Plaintiff,                    No. CIV S-10-0760 EFB P

    vs.

R. BLACKWELL, et al.,

    Defendants.                <u>ORDER</u>

/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On October 25, 2010, plaintiff filed a request for production of documents.

    Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 250.2-250.4.

    Plaintiff's October 25, 2010 request for production of documents is stricken and the Clerk of the Court shall make a notation on the docket to that effect.

    So ordered.

DATED: November 2, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE