IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON CHRIST,

      Plaintiff,                    No. CIV S-10-0760 EFB P

vs.

R. BLACKWELL, et al.,

      Defendants.          <u>ORDER</u>

_____/

        This case will be set for a settlement conference. Pursuant to Local Rule 270(b), the parties must inform the court in writing as to whether they wish to proceed with the settlement conference before the undersigned magistrate judge or if they wish to be referred to the court's mediation program.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within twenty-one days of the date of this order, each party shall inform the court in writing as to whether they wish to proceed with the settlement conference before the undersigned magistrate judge or if they wish to wish to be referred to the court's mediation program. If the parties wish to proceed before the undersigned magistrate judge, each party shall return to the court the consent form for settlement conferences provided with this order. If the parties do not wish the undersigned magistrate judge to preside at the settlement conference, each party shall

1

1 | file a declaration stating he wishes to be referred to the court's mediation program; and

2 |     2. The Clerk of the Court is directed to send each party the consent form for settlement

3 | conferences.

4 | DATED: March 21, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE