1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JON CHRIST,

11           Plaintiff,                    No. CIV S-10-0760 EFB P

12       vs.

13   R. BLACKWELL, et al.,

14           Defendants.                   ORDER

15   _____/

16       This case will be set for a settlement conference.  Pursuant to Local Rule 270(b), the

17   parties must inform the court in writing as to whether they wish to proceed with the settlement

18   conference before the undersigned magistrate judge or if they wish to be referred to the court's

19   mediation program.

20       Accordingly, IT IS HEREBY ORDERED that:

21       1. Within twenty-one days of the date of this order, each party shall inform the court in

22   writing as to whether they wish to proceed with the settlement conference before the undersigned

23   magistrate judge or if they wish to wish to be referred to the court's mediation program.  If the

24   parties wish to proceed before the undersigned magistrate judge, each party shall return to the

25   court the consent form for settlement conferences provided with this order.  If the parties do not

26   wish the undersigned magistrate judge to preside at the settlement conference, each party shall

1

1   file a declaration stating he wishes to be referred to the court's mediation program; and

2        2.  The Clerk of the Court is directed to send each party the consent form for settlement

3   conferences.

4   DATED:  March 21, 2012.

5                                    EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2