IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON CHRIST,

     Plaintiff,                    No. 2:10-cv-760-EFB P

     vs.

R. BLACKWELL, et al.,

     Defendants.              <u>ORDER</u>

                            /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1]  He has filed a motion requesting a bench trial in this action.  Dckt. No. 98.

       Parties to actions brought under § 1983 in which the plaintiff seeks damages enjoy a right to a jury trial guaranteed by the Seventh Amendment.  *City of Monterey v. Del Monte Dunes*, 526 U.S. 687, 709 (1999).  Plaintiff seeks damages in this action and thus the parties are entitled to a jury trial.  Dckt. No. 1-1 at 15.  Although plaintiff now wishes to waive that right, the defendants have timely requested trial by jury and have not waived their right to a jury.

/////

---

[1] The case is before the court pursuant to the parties' consent.  Dckt. Nos. 4, 14, 74; 28 U.S.C. § 636; E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

1

1 Accordingly, plaintiff's January 2, 2013 motion for bench trial (ECF No. 98) is denied.

2 So ordered.

3 Dated: August 14, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE