IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON CHRIST,

      Plaintiff,                   No. 2:10-cv-760-EFB P

     vs.

R. BLACKWELL, et al.,

      Defendants.             ORDER

      /

     Jon Christ, plaintiff, is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The case is before the court pursuant to the parties' consent. ECF Nos. 4, 14, 74; 28 U.S.C. § 636; E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2). Plaintiff has filed a motion requesting appointment of counsel. ECF No. 115.

     District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298, 109 S. Ct. 1814, 104 L. Ed. 2d 318 (1989). In exceptional circumstances, the court may request an attorney to voluntarily to represent such a plaintiff. *See* 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). When determining whether "exceptional circumstances" exist, the court must consider the likelihood of

1

1 success on the merits as well as the ability of the plaintiff to articulate his claims pro se in light
2 of the complexity of the legal issues involved. *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir.
3 2009).
4      The court finds no exceptional circumstances warranting the appointment of counsel at
5 this time, and plaintiff's motion (ECF No. 115) is therefore denied without prejudice.
6      So ordered.
7 Dated: September 26, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2