UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CHRIST,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. BLACKWELL, et al.,<br><br>　　　　　Defendants. | No. 2:10-cv-0760-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a motion for sanctions against defense counsel. ECF No. 185. Plaintiff believes that defense counsel has attempted to get plaintiff to violate this court's order of September 9, 2015 (ECF No. 178) soliciting confidential settlement statements by asking plaintiff to provide defense counsel with a settlement demand. The court hereby informs plaintiff that defense counsel's request does not violate that order. Defense counsel has not asked plaintiff for his confidential settlement statement. The parties are encouraged to discuss and negotiate settlement outside of the court's Alternative Dispute Resolution program. Accordingly, plaintiff's motion for sanctions (ECF No. 185) is DENIED.

　　　So ordered.

DATED: November 13, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE