UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CHRIST, | No. 2:10-cv-0760-EFB P |
| Plaintiff, | |
| v. | ORDER |
| R. BLACKWELL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He filed a motion for sanctions against defense counsel, which the court denied. ECF Nos. 185, 186. He then filed a motion to amend his motion for sanctions. ECF No. 188. He states that the original motion was missing an exhibit (defense counsel's letter to plaintiff requesting a settlement demand) and had some wrong page numbers. *Id.* at 1. The court construes this as a motion for reconsideration in light of the amendments. The amended motion is not substantively different from the original nor does it change plaintiff's argument. Instead, as plaintiff asserts, it would "be almost the same." *Id.* at 5. As the court has already ruled on the original motion, and plaintiff's proposed amendment would not change the reason for that ruling, the motion (ECF No. 188), construed as a request for reconsideration, is DENIED.

So ordered.

DATED: January 20, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE