JEFFREY E. BEESON, SBN 200897
MICHAEL A. TERHORST, SBN 164679
Attorneys at Law
BEESON TERHORST LLP
510 Bercut Drive, Suite V
Sacramento, California 95811-0111
Telephone: (916) 444-3400
Facsimile:  (916) 444-3421

Attorneys for Defendants
R. BLACKWELL ET AL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CHRIST, | CASE NO.: 2:10-CV-0760 EFB -(P) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| R. BLACKWELL, ET AL., | |
| Defendants. | |

-1-
**STIPULATION AND [PROPOSED] ORDER
FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above entitled action shall be dismissed with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement agreement entered between the parties on January 5, 2017.

Dated: January 13, 2017

JON CHRIST
Plaintiff Jon Christ

Dated: January 10, 2017

MICHAEL A. TERHORST
Attorney for Defendants BLACKWELL et al.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/19/17

The Honorable Edmund F. Brennan
United States Chief Magistrate Judge