UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CHRIST, | No. 2:10-cv-0760-EFB P |
| Plaintiff, | |
| v. | ORDER |
| R. BLACKWELL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner who proceeded without counsel in this action brought under 42 U.S.C. § 1983. The parties consented to have the case heard by the undersigned magistrate judge. ECF Nos. 4, 14, 134. The parties settled all remaining claims in the case on January 5, 2017. ECF No. 213. The case was thereafter closed. ECF No. 215. Plaintiff has now filed a "statement" objecting that a sum of $47.62 was withheld from the settlement disbursement. ECF No. 216. Defendant responds that this amount was withheld as an "administrative processing fee" at some point before CDCR's Inmate Accounting Branch received the settlement check. ECF No. 218. Defendant's response does not explain who charged the fee or why. Accordingly, within 14 days of the date of this order, defense counsel shall inquire what entity or person charged the administrative processing fee and under what authority the fee was charged. Within

/////

/////

1

21 days of the date of this order, defense counsel shall file a declaration with the court detailing the results of that inquiry.

So ordered.

DATED: August 31, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE